# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Candice Wilhelm, Individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | Case No. 1:24-cv-07828 |
| v. ) ) | Hon. John Robert Blakely |
| Marella, LLC, ) ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. ) ) ) | |

Now comes Plaintiff, Candice Wilhelm, by and through Counsel, and notifies the Court and Defendant of the dismissal of this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: November 8, 2024

Respectfully submitted,

*Michael L. Fradin*
Michael L. Fradin, Attorney at Law
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
P: 847-986-5889
F: 847-673-1228
mike@fradinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024 a true and complete copy of the forgoing was served upon all necessary parties through the Court's Electronic Filing system.

/s/ Michael L. Fradin

- 1 -